**James C. MCNEILL, Plaintiff— Appellant,**

v.

**Sharon SNYDER, LPN; Elexia Craig, LPN, Defendants—Appellees,**

and

**Dennis VANBUREN, 2nd Shift Lieutenant; Benjamin Lea, 2nd Shift Sergeant; Mary Watson, RN; Ms. Royster, 2nd Shift C/O; Howard Crabtree,** **2nd Shift C/O; Ashanti Williams, 2nd Shift C/O; James Williams, 2nd Shift C/O; Norwood, 2nd Shift C/O; Linda Morgan, 3rd Shift C/O, Defendants.**

No. 04–7253.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 16, 2004.

Decided Dec. 22, 2004.

James C. McNeill, Appellant pro se. Deborrah Lynn Newton, Assistant Attorney General, Raleigh, North Carolina, for Appellees.

Before MICHAEL, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

James C. McNeill appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See McNeill v. Vanburen,* No. CA–03–120–5–BO (E.D.N.C. July 13, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*